IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| JOANN RIVETT, | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 2:11-cv-00111 |
| CAROLYN W. COLVIN, | ) | Judge Nixon |
| Acting Commissioner of Social Security, | ) | Magistrate Judge Griffin |
| Defendant. | ) | |

## ORDER

Pending before the Court is Plaintiff Joann Rivett's Motion for Judgment on the Pleadings ("Motion") (Doc. No. 9), filed with a Memorandum in Support (Doc. No. 10). Defendant Commissioner of Social Security filed a Response opposing Plaintiff's Motion. (Doc. No. 11.) Subsequently, Magistrate Judge Griffin issued a Report and Recommendation ("Report") recommending that the Motion be granted to the extent that the case should be remanded for the ALJ to explain the consideration given to the VA's disability determination. (Doc. No. 14 at 17.) The Report was filed on October 8, 2014, and provided a period of fourteen days in which either party could file an objection. (*Id.*) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **GRANTS** Plaintiff's Motion to the extent that the case should be **REMANDED** for the ALJ to explain the consideration given to the VA's disability determination. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the 3rd day of November, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT